■  EDWARD HOLLER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 36057.) — Judgment unanimously affirmed, with costs. (Appeal from judgment of Court of Claims for claimant in an action for assault.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. [22 Misc 2d 227.]

■  GERTRUDE CHEW, as Administratrix of the Estate of MEARL CHEW, Deceased, Respondent, v. DELORES H. DUFFY, Appellant.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Niagara Trial Term for plaintiff in an automobile negligence action. The order denied defendant's motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.